UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA   DIVISION

IN RE:                                                CASE NO: 12-31639
                                                     CHAPTER 7

     BAILEY, WILLIAM
     BAILEY, BETTY

     DEBTOR( S)
_____/

CONSENT  MOTION FOR EXTENSION OF TIME TO
OBJECT TO DISCHARGE

      SHERRY FOWLER CHANCELLOR, Trustee, by his undersigned attorney, hereby files her Motion for Extension of Time to Object to discharge of the debtor and as grounds therefore will show:

      1.  The Debtor(s)  filed their petition under Chapter 7 of the Bankruptcy Code on December 18, 2012.   The First  Meeting of Creditors was set for February 13, 2013 and was re-set for March 6, 2013.    The deadline for objecting to discharge  is April 15, 2013.

      2.  The Trustee has requested documents and  needs additional time to further investigate and to properly administer this case.

      3.  The Debtor has consented to an extension of time to object to discharge until May 15, 2013, as to the Trustee and Philip Bates, attorney for Summit Bank.

WHEREFORE, the Trustee prays that the time for objecting to the discharge of the debtor be extended until May 15, 2013 and for such other and further relief as is just and proper.

    /s/ Sherry F. Chancellor
SHERRY FOWLER CHANCELLOR
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar # 434574

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time to Object to Exemptions was furnished to Teresa M. Dorr, 2441 US Hwy 98, Suite 109, Santa Rosa Beach, Florida 32459 Wm. and Betty Bailey, 6420 Amanda Court, Crestview, Florida 32536 and Charles F. Edwards, Esquire, Assistant U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 electronically or by U. S. Mail on this 13th day of March, 2013.

    /s/ Sherry F. Chancellor
SHERRY FOWLER CHANCELLOR